UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
Samuel Shineflew § Case No. 14-00091
Denise Shineflew §
§
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                 $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                 $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____ By:/s/Janine P. Reynard_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-00091 | JDP | Judge: | Jim D. Pappas | Trustee Name: | Janine P. Reynard |
|---|---|---|---|---|---|---|
| Case Name: | Samuel Shineflew | | | | Date Filed (f) or Converted (c): | 01/21/2014 (f) |
| | Denise Shineflew | | | | 341(a) Meeting Date: | 02/27/2014 |
| For Period Ending: | 12/22/2014 | | | | Claims Bar Date: | 06/18/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Worldmark By Wyndam: Timeshare | 3,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash On Hand | 6.00 | 0.00 | | 0.00 | FA |
| 3. America First Cu (Checking Xx6727, Savings Xx6727) | 700.27 | 175.07 | | 175.07 | FA |
| 4. Pioneer Federal Cu (Checking Xx $42.53, Savings Xx $25.01) | 67.54 | 16.88 | | 16.88 | FA |
| 5. Usaa (Checkin Xx4048, Savings Xx5465) | 71.19 | 0.00 | | 0.00 | FA |
| 6. Rental Security Deposit | 1,150.00 | 1,150.00 | | 0.00 | FA |
| 7. Household Goods and Furnishings | 4,700.00 | 4,700.00 | | 0.00 | FA |
| 8. Pictures/Knick-Knacks, Books $300 | 300.00 | 0.00 | | 0.00 | FA |
| 9. Wearing Apparel | 845.00 | 0.00 | | 0.00 | FA |
| 10. Wedding Rings $1200; Misc. Costume Jewelry $50 | 1,250.00 | 0.00 | | 0.00 | FA |
| 11. 4 Bikes $650, Misc. Baseball Equipment $40, Camera $120 | 810.00 | 0.00 | | 0.00 | FA |
| 12. Tax Refunds | 2,000.00 | 5,118.99 | | 5,118.99 | FA |
| 13. 2005 Honda Trx 450R (2X4 Atv) Blown Motor | 500.00 | 0.00 | | 0.00 | FA |
| 14. 2012 Ford F150 | 39,000.00 | 0.00 | | 0.00 | FA |
| 15. 2013 Ford Explorer | 29,000.00 | 0.00 | | 0.00 | FA |
| 16. 1980 Tahiti Jetboat | 3,000.00 | 0.00 | | 0.00 | FA |
| 17. 2 Cats, 1 Dog | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $86,400.00          $11,160.94                    $5,310.94          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011)  *(Page: 3)*

2013 F 3031, S 2073
bank acct funds
review POCs and resolve inquires re same
preferences? below threshold
12.22.14 TFR to UST

RE PROP #          12     --    3031, S 2073+14.99 interest pd on state refund

Initial Projected Date of Final Report (TFR): 09/17/2014          Current Projected Date of Final Report (TFR): 12/24/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 14-00091  
Case Name: Samuel Shineflew  
Denise Shineflew  
Taxpayer ID No: XX-XXX0386  
For Period Ending: 12/22/2014  

Trustee Name: Janine P. Reynard  
Bank Name: Union Bank  
Account Number/CD#: XXXXXX3802  
Checking  
Blanket Bond (per case limit): $90,360,079.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/23/14 | 12 | United States Treasury PO Box Philadelphia, PA | Federal tax refund | 1124-000 | $3,031.00 | | $3,031.00 |
| 04/23/14 | | Sam & Denise Shineflew 234 Cisco Ct Mountain Home ID 83647 | nonexempt bank account funds | | $191.95 | | $3,222.95 |
| | | | Gross Receipts  $191.95 | | | | |
| | 3 | | America First Cu (Checking Xx6727, Savings Xx6727)  $175.07 | 1129-000 | | | |
| | 4 | | Pioneer Federal Cu (Checking Xx $42.53, Savings Xx $25.01)  $16.88 | 1129-000 | | | |
| 06/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $3,207.95 |
| 07/22/14 | 12 | Idaho State Tax Commission PO Box 83720 Boise, ID 83720-0011 | state tax refund check | 1124-000 | $2,087.99 | | $5,295.94 |
| 07/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,280.94 |
| 08/25/14 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.00 | $5,265.94 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $5,310.94 | $45.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,310.94 | $45.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,310.94 | $45.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Page Subtotals:    $5,310.94    $45.00

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3802 - Checking | $5,310.94 | $45.00 | $5,265.94 |
| | $5,310.94 | $45.00 | $5,265.94 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,310.94 |
| Total Gross Receipts: | $5,310.94 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 14-00091-JDP  
Debtor Name: Samuel Shineflew  
Claims Bar Date: 6/18/2014

Date: December 22, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Janine P. Reynard<br>1655 W. Fairview Ave., Suite 209B<br>Boise, ID  83702 | Administrative | | $0.00 | $1,200.00 | $1,200.00 |
| 100 2200 | Janine P. Reynard<br>1655 W. Fairview Ave., Suite 209B<br>Boise, ID  83702 | Administrative | | $0.00 | $10.93 | $10.93 |
| 4 280 5800 | Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA  19101-7317 | Priority | POC amended to zero balance -- jrey ok | $0.00 | $0.00 | $0.00 |
| 1 300 7100 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | Unsecured | jrey ok | $0.00 | $7,114.74 | $7,114.74 |
| 5 300 7100 | Army & Air Force Exchange Services<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | jrey ok | $0.00 | $8,260.85 | $8,260.85 |
| 6 300 7100 | Army & Air Force Exchange Services<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Unsecured | jrey ok | $0.00 | $4,261.23 | $4,261.23 |
| 8 300 7100 | USAA Federal Savings Bank<br>c/o Weinstein, Pinson and Riley, PS<br>PO Box 3978<br>Seattle, WA 98124-3978 | Unsecured | credit card -- jrey ok | $0.00 | $2,002.62 | $2,002.62 |
| 9 300 7100 | USAA Federal Savings Bank<br>c/o Weinstein, Pinson and Riley, PS<br>PO Box 3978<br>Seattle, WA 98124-3978 | Unsecured | credit card -- jrey ok | $0.00 | $12,682.05 | $12,682.05 |
| 10 300 7100 | USAA Federal Savings Bank<br>c/o Weinstein, Pinson and Riley, PS<br>PO Box 3978<br>Seattle, WA 98124-3978 | Unsecured | credit card -- jrey ok | $0.00 | $5,399.52 | $5,399.52 |

Page 1                                                    Printed: December 22, 2014

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-00091-JDP                                                                                              Date: December 22, 2014
Debtor Name: Samuel Shineflew
Claims Bar Date: 6/18/2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 11<br>300<br>7100 | America First Credit Union<br>PO Box 9199<br>Ogden, UT 84409 | Unsecured | jrey ok | $0.00 | $17,650.61 | $17,650.61 |
| 12<br>300<br>7100 | PYOD, LLC<br>Assignee of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | re Best Buy credit card -- jrey ok | $0.00 | $2,493.00 | $2,493.00 |
| 2<br>400<br>4210 | Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit, MI  48255-0953 | Secured | filed as fully secured, ttee did not liquidate collateral -- jrey ok | $0.00 | $30,700.92 | $0.00 |
| 3<br>400<br>4210 | Ford Motor Credit Company LLC<br>Dept 55953<br>P O Box 55000<br>Detroit, MI  48255-0953 | Secured | filed as fully secured, ttee did not liquidate collateral -- jrey ok | $0.00 | $40,268.65 | $0.00 |
| 7<br>400<br>4210 | Wells Fargo Bank NA<br>PO Box 660431<br>Dallas, TX 75266-0431 | Secured | filed as fully secured, ttee did not liquidate collateral (furniture) -- jrey ok | $0.00 | $1,483.00 | $0.00 |
|  | Case Totals |  |  | $0.00 | $133,528.12 | $61,075.55 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-00091
Case Name: Samuel Shineflew
                  Denise Shineflew
Trustee Name: Janine P. Reynard

Balance on hand            $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | Ford Motor Credit Company LLC | $ | $ | $ | $ |
| 3 | Ford Motor Credit Company LLC | $ | $ | $ | $ |
| 7 | Wells Fargo Bank NA | $ | $ | $ | $ |

Total to be paid to secured creditors     $_____

Remaining Balance     $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Janine P. Reynard | $ | $ | $ |
| Trustee Expenses: Janine P. Reynard | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4 | Internal Revenue Service | $ | $ | $ |

Total to be paid to priority creditors                                                    $_____

Remaining Balance                                                                         $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ | $ | $ |
| 5 | Army & Air Force Exchange Services | $ | $ | $ |
| 6 | Army & Air Force Exchange Services | $ | $ | $ |
| 8 | USAA Federal Savings Bank | $ | $ | $ |
| 9 | USAA Federal Savings Bank | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | USAA Federal Savings Bank | $ | $ | $ |
| 11 | America First Credit Union | $ | $ | $ |
| 12 | PYOD, LLC | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____


Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE